**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED
NOV 28 2007
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: RIVERSTONE NETWORKS, INC., | No. 05-17272 |
| | D.C. No. CV-02-03581-PJH |
| DENNIS PASPARAGE, on Behalf of Himself and All Others Similarly Situated; JEROME NEIL DEUTSCH, | MEMORANDUM[*] |
| Plaintiffs - Appellees, | |
| SHELDON CHANDLER, | |
| Objector-Appellant, | |
| v. | |
| RIVERSTONE NETWORKS, INC.; PIYUSH PATEL; ROMULUS PEREIRA; ROBERT STANTON; SURESH GOPALAKRISHNAN; JOHN KERN, | |
| Defendants. | |

Appeal from the United States District Court
for the Northern District of California
Phyllis J. Hamilton, District Judge, Presiding

---

[*]   This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

Submitted November 9, 2007 **
San Francisco, California

Before: HALL and BYBEE, Circuit Judges, and ZAPATA,*** District Judge.

Sheldon Chandler appeals the district court order granting him attorneys' fees in an amount less than requested for services provided as an objector to proposed attorneys' fees for class counsel in a securities fraud putative class action settlement. We have jurisdiction pursuant to 28 U.S.C. § 1291.

The district court granted Chandler $5,000 in attorneys' fees and $1,500 in expenses to be paid from the settlement fund. The district court denied Chandler's request for an incentive fee.

"Attorneys' fees awards are generally reviewed for an abuse of discretion." *Class Plaintiffs v. Jaffe & Schlesinger, P.A.*, 19 F.3d 1306, 1308 (9th Cir. 1994). "Whether the district court applied the correct legal standard is reviewed de novo." *Id.* This court reviews the district court's factual determinations for clear error. *Lobatz v. U.S. West Cellular of California, Inc.*, 222 F.3d 1142, 1148 (9th Cir. 2000).

---

**  The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

***  The Honorable Frank R. Zapata, United States District Judge for the District of Arizona, sitting by designation.

2

The fee awarded to objectors "need only 'be reasonable under the circumstances.'" *Wininger v. SI Management L.P.*, 301 F.3d 1115, 1123 (9th Cir. 2002) (quoting *Florida v. Dunne*, 915 F.2d 542, 545 (9th Cir. 1990)) (addressing fees for class counsel).

"[T]he district court has discretion in common fund cases to choose either the percentage-of-the-fund or the lodestar method." *Vizcaino v. Microsoft Corp.*, 290 F.3d 1043, 1047 (9th Cir. 2002). Where an attorney's investment in a case is minimal, the lodestar calculation may convince a court that a lower award is justified. *See id.* at 1050.

The district court applied the lodestar method, finding that Chandler raised objections similar to those already raised by another objector and thus, "provided some—though not a major or extensive—benefit to the common fund." The district court did not err in finding that the hours Chandler claimed were excessive and that Chandler's objection accomplished "essentially the same thing" as the three-page letter submitted by the first objector.

Furthermore, Chandler's objections were only partially responsible for the reduction in class counsel's attorneys' fees. The district court acted within its discretion when it discounted hours that did not benefit the class. *Wininger*, 301 F.3d at 1125-27.

Finally, the district court did not abuse its discretion by denying Chandler a risk multiplier. Chandler's work was not extremely difficult given that similar objections had already been aired. *See id.* at 1126.

AFFIRMED.

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: RIVERSTONE NETWORKS, INC., <br><br> ------------------------- <br><br> DENNIS PASPARAGE, on Behalf of Himself and All Others Similarly Situated; et al., <br><br> Plaintiffs - Appellees, <br><br> SHELDON CHANDLER, <br><br> Appellant, <br><br> v. <br><br> RIVERSTONE NETWORKS, INC.; et al., <br><br> Defendants. | No. 05-17272 <br> D.C. No. CV-02-03581-PJH <br><br> **JUDGMENT** |

Appeal from the United States District Court for the Northern District of California (San Francisco).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the Northern District of California (San Francisco) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED**.

Filed and entered 11/28/07

```
INTERNAL USE ONLY: Proceedings include all events.
05-17272 Pasparage, et al v. Chandler, et al

In re: RIVERSTONE NETWORKS,
INC.


--------------------------

DENNIS PASPARAGE, on Behalf of      Kevin J. Yourman, Esq.
Himself and All Others              FAX 209-2348
Similarly Situated                  310/208-2800
      Plaintiff - Appellee          24th Floor
                                    [COR LD NTC ret]
                                    WEISS & YOURMAN
                                    10940 Wilshire Boulevard
                                    Los Angeles, CA 90024

                                    Timothy J. Burke, Esq.
                                    FAX 310-209-2087
                                    310-209-2468
                                    Suite 2300
                                    [COR LD NTC ret]
                                    STULL STULL & BRODY
                                    10940 Wilshire Blvd
                                    Los Angeles, CA 90024

                                    Michael Braun
                                    FAX 310/442-7756
                                    310/442-7755
                                    Suite 920
                                    [COR LD NTC ret]
                                    BRAUN LAW GROUP, PC
                                    12400 Wilshire Blvd.
                                    Los Angeles, CA 90025

                                    Robert S. Green, Esq.
                                    FAX 415/477-6710
                                    415/477-6700
                                    Suite 2750
                                    [COR LD NTC ret]
                                    GREEN WELLING, LLP
                                    595 Market Street
                                    San Francisco, CA 94105

                                    Kay E. Sickles, Esq.
                                    FAX 610/667-7610
                                    610/667-7706
                                    [COR LD NTC ret]
                                    SCHIFFRIN BARROWAY TOPAZ &
                                    KESSLER, LLP
                                    280 King of Prussia Rd.
                                    Radnor, PA 19087

JEROME NEIL DEUTSCH                 Kevin J. Yourman, Esq.
      Plaintiff - Appellee          (See above)

Docket as of November 20, 2007 11:06 pm            Page 2   NON-PUBLIC
```

MOATT, INVATT
i

INTERNAL USE ONLY: Proceedings include all events.
05-17272 Pasparage, et al v. Chandler, et al

        [COR LD NTC ret]

        Timothy J. Burke, Esq.
        (See above)
        [COR LD NTC ret]

        Michael Braun
        (See above)
        [COR LD NTC ret]

        Robert S. Green, Esq.
        (See above)
        [COR LD NTC ret]

        Robert A. Jigarjian, Esq.
        FAX 415/477-6710
        415/477-6700
        [COR LD NTC ret]
        GREEN WELLING LLP
        235 Pine Street
        15th Floor
        San Francisco, CA 94104

        Andrew L. Barroway, Esq.
        FAX 610/667-7056
        610/667-7706
        [COR LD NTC ret]
        Kay E. Sickles, Esq.
        (See above)
        [COR LD NTC ret]
        SCHIFFRIN BARROWAY TOPAZ &
        KESSLER, LLP
        280 King of Prussia Rd.
        Radnor, PA 19087

SHELDON CHANDLER   Roy B. Thompson
 Appellant     503-699-0945
        [COR LD NTC ret]
        15938 SW Quarry Road
        Lake Oswego, OR 97035

        Merrisa L. Coleman, Esq.
        408/294-4392
        Suite 4
        [COR LD NTC ret]
        LAW OFFICE OF MERRISA L.
        COLEMAN
        1080 Minnesota Ave.
        San Jose, CA 95125

 v.

RIVERSTONE NETWORKS, INC. Paul T. Friedman, Esq.

```
INTERNAL USE ONLY: Proceedings include all events.
05-17272 Pasparage, et al v. Chandler, et al

      Defendant                      FAX 415/268-7522
                                     415/268-7444
                                     [COR LD ret]
                                     MORRISON & FOERSTER, LLP
                                     425 Market St.
                                     San Francisco, CA 94105-2482

PIYUSH PATEL, ; ROMULUS              Paul T. Friedman, Esq.
PEREIRA; ROBERT STANTON;SURESH       (See above)
GOPALAKRISHNAN; JOHN KERN;           [COR LD ret]
      Defendant
```